NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

VICTOR BREWER,                          )
                                        )
       Appellant,                       )
                                        )
v.                                      )      Case No. 2D18-1972
                                        )
STATE OF FLORIDA,                       )
                                        )
       Appellee.                        )
_____ )

Opinion filed April 24, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Polk County; Wayne M. Durden, Judge.


PER CURIAM.


       Affirmed.


NORTHCUTT, KELLY, and ATKINSON, JJ., Concur.